IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re Enron Corporation Securities, Derivative & "ERISA Litigation | § § § § | MDL-1446 |
| MARK NEWBY, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3624 CONSOLIDATED CASES |
| ENRON CORPORATION, ET AL., | § § | |
| Defendants | § | |
| DAVID JOSE, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-1087 |
| ARTHUR ANDERSEN, L.L.P., ET AL. | § § | |
| Defendants. | § | |
| RICHARD CHOUCROUN, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-03-3320 |
| ARTHUR ANDERSEN, L.L.P., ET AL. | § § | |
| Defendants. | § | |
| MARY BAIN PEARSON AND JOHN MASON, | § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-03-5332 |
| ANDREW S. FASTOW, ET AL., | § § | |
| Defendants. | § | |
| FRED A. AND MARIAN ROSEN, ET AL., | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-03-5333 |

| | | |
|---|---|---|
| ANDREW S. FASTOR, ET AL., | § § § | |
| Defendants. | § | |
| HAROLD AND FRANCES AHLICH, ET AL., | § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-03-5334 |
| ANDREW S. FASTOW, ET AL., | § § § | |
| Defendants. | § | |
| RUBEN AND IRENE DELGADO, ET AL. | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-03-5335 |
| ANDREW S. FASTOW, ET AL., | § § § | |
| Defendants. | § | |
| DON L. GUY, TRUSTEE FOR THE GUY FAMILY LIVING TRUST, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-04-3330 |
| ARTHUR ANDERSEN, L.L.P., ET AL. | § § | |
| Defendants. | § | |
| CYNTHIA ADAMS, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 04-3331 |
| ARTHUR ANDERSEN, L.L.P., ET AL. | § § | |
| Defendants. | § | |
| JANE BULLOCK, ET AL., | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 04-4455 |

```
ARTHUR ANDERSEN, L.L.P., ET AL. §
                                §
         Defendants.             §
_____
JOHN AND PEGGY ODAM, et al.,    §
                                §
         Plaintiffs,             §
                                §
VS.                             §   CIVIL ACTION NO. H-01-3914
                                §
ENRON CORPORATION, INC.,        §
                                §
         Defendants.             §
```

## FINAL JUDGMENT

Pursuant to the Opinion and Order of Dismissal With Prejudice signed on this day, the Court

ORDERS that the above referenced cases are DISMISSED with prejudice.  THIS IS A FINAL JUDGMENT.

**SIGNED** at Houston, Texas, this 12th day of December, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

- 3 -